**3M INNOVATIVE PROPERTIES COMPANY** and **Minnesota Mining and Manufacturing Company, Appellants,**

v.

**INTERNATIONAL TRADE COMMISSION,**
Appellee,

v.

**Acco Brands, Inc. and American Covers, Inc., Intervenors,**

and

**Velo Enterprise Co., Ltd., Intervenor.**

No. 03–1219.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2004.

Before LOURIE, LINN, and PROST, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.